﻿Citation Nr: AXXXXXXXX
Decision Date: 10/30/20 Archive Date: 10/30/20

DOCKET NO. 191105-42540
DATE: October 30, 2020

REMANDED

Entitlement to service connection for a back disability, to include mild dextroscoliosis and mild degenerative thoracic spondylosis, is remanded.

REASONS FOR REMAND

The Veteran served on active duty in the Navy for 20 years, from September 1986 to January 2007. His decorations include a Combat Action Ribbon and a Southwest Asia Service Medal.

This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a February 2019 Appeals Modernization Act (AMA) rating decision that considered the evidence of record on that date. The Veteran timely appealed the February 2019 decision to the Board by requesting the AMA Direct Review lane for a reevaluation of the evidence considered by the Agency of Original Jurisdiction (AOJ). As this appeal comes to the Board through the Direct Review lane of AMA, the resulting Board decision is based upon the evidence of record at the time of the February 2019 rating decision.

The Board notes that a September 2018 VA Form 21-22 indicates that The American Legion is the Veteran’s representative. In a November 2019 docketing letter certifying the case to the Board, it states that the Veteran had 90 days from the date of the letter to elect a new representative. On October 13, 2020, more than 90 days from the date of the letter, the Veteran elected Daniel G. Krasnegor, an attorney, as his representative. AMA regulation 20.1304(b) indicates that the Board will only accept a request for change in representative outside of the 90 days if the Veteran shows on motion good cause for the delay. As good cause has not been shown, the Board recognized The American Legion as the Veteran’s representative.

1. Service connection for mild dextroscoliosis and mild degenerative thoracic spondylosis is remanded.

The Veteran asserts that the claimed back condition is due to his active service. Post-service treatment records indicate that the Veteran complained of upper back pain for a month in April 2012. A March 2018 VA x-ray showed mild dextroscoliosis and mild degenerative thoracic spondylosis. The Board finds a pre-decisional error in not obtaining a medical opinion on the etiology of the diagnosed dextroscoliosis and mild degenerative thoracic spondylosis.

The matter is REMANDED for the following action:

Obtain a VA medical opinion on the nature and likely etiology of the Veteran’s dextroscoliosis and mild degenerative thoracic spondylosis.

The examiner should provide a medical opinion on whether it is as likely as not (50 percent or greater probability) that any back diagnosis is related to service. 

The examiner should also opine on whether it is at least as likely as not (50 percent or greater probability) that the back diagnoses were caused by or aggravated beyond the normal progression (chronically worsened) by a service-connected disability.

The entire claims file, including a copy of this REMAND, must be reviewed. A thorough rationale should be provided for all opinions expressed. If any requested medical opinion cannot be given, the examiner should state the reason(s) why.

If the VA examiner determines that further examination is necessary in order to render the requested medical opinions, the AOJ should schedule the Veteran for such an examination.

 

 

N. NELSON

Acting Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Edward G. Lent

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.